**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS DIXON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO.   10 C 5897 |
| | ) | |
| CITY OF CHICAGO, CHICAGO POLICE | ) | |
| OFFICER MICHAEL BUTLER #17923, | ) | |
| and CHICAGO POLICE OFFICER | ) | |
| COLLIS UNDERWOOD #4449, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**COMPLAINT**

NOW COMES the Plaintiff, DENNIS DIXON, JR., by and through his attorney, BASILEIOS J. FOUTRIS, and complaining against the Defendants, CITY OF CHICAGO, CHICAGO POLICE OFFICER MICHAEL BUTLER #17923, and CHICAGO POLICE OFFICER COLLIS UNDERWOOD #4449, and states as follows:

**Nature of Action**

1.     This action is brought pursuant to the Laws of the United States Constitution, specifically through 42 U.S.C. §1983 and 42 U.S.C. §1988, and the Laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff by the Defendants when the Plaintiff was arrested on September 18, 2008 by the Defendants.

**Jurisdiction and Venue**

2.     This Court has jurisdiction pursuant to 28 U.S.C. §1331, 28 U.S.C. §1343, and 28 U.S.C. §1367.

3.     At all relevant times, the Plaintiff was a resident of the State of Illinois in this Judicial District.

1

4.      The CITY OF CHICAGO is a municipal corporation located in the State of Illinois in this Judicial District.  At all relevant times, the CITY OF CHICAGO was the employer of Defendants, CHICAGO POLICE OFFICER MICHAEL BUTLER #17923 and CHICAGO POLICE OFFICER COLLIS UNDERWOOD #4449.  The Defendants, CHICAGO POLICE OFFICER MICHAEL BUTLER #17923 and CHICAGO POLICE OFFICER COLLIS UNDERWOOD #4449, were at all relevant times employed by the CITY OF CHICAGO as duly appointed police officers in the CITY OF CHICAGO acting within the course and scope of their employment and under color of law.

5.      All the events giving rise to the claims asserted herein occurred within this Judicial District.

**Facts**

6.      On September 18, 2008, the Plaintiff was arrested in Chicago, Illinois by Defendants Butler and Underwood.

7.      At the time of his arrest, without justification or provocation, the Plaintiff was beaten by Defendants Butler and Underwood.  Defendant Butler's and Underwood's acts included: slamming the Plaintiff on a squad car, twisting his arm, punching the Plaintiff, kicking the Plaintiff, hitting the Plaintiff with a baton/nightstick, and slamming the Plaintiff to the ground.

8.      The Plaintiff posed no threat of danger to Defendant Butler before Defendant Butler began beating the Plaintiff.  The Plaintiff posed no threat of danger to Defendant Underwood before Defendant Underwood began beating the Plaintiff.  The Plaintiff did not resist or obstruct Defendant Butler's acts at any time before the beating

2

began. The Plaintiff did not resist or obstruct Defendant Underwood's acts at any time before the beating began. In fact, the Plaintiff was complying with all lawful orders before Defendants Butler and Underwood began the beating.

9.      The Plaintiff suffered injuries and bodily harm due to the manner in which he was treated by Defendants Butler and Underwood at the time of his arrest. The Plaintiff's physical injuries include, but are not limited to, a fractured hand that required surgery, a blunt head injury, and multiple bruises/contusions.

10.     There was no probable cause or legal justification to use the amount of force utilized by the Defendants to arrest the Plaintiff. The Plaintiff's conduct before and during his arrest did not warrant the amount of force used by Defendants Butler and Underwood.

11.     The Plaintiff was beaten by Defendants Butler and Underwood without provocation and without legal justification.

12.     Defendant Butler's and Underwood's acts were intentional, willful and wanton.

### COUNT I - 42 U.S.C. §1983
### Excessive Force – Defendants Butler and Underwood

13.     The Plaintiff realleges Paragraphs 1 through 12, inclusive, and incorporates those Paragraphs herein, as though fully stated as this Paragraph 13.

14.     As described above, Defendant Butler used excessive force during the arrest of the Plaintiff. As described above, Defendant Underwood used excessive force during the arrest of the Plaintiff.

15.     The misconduct was undertaken by the Defendant Butler under color of law, under the course and scope of his employment, was objectively unreasonable, with

malice, and was undertaken intentionally with willful indifference to the Plaintiff's constitutional rights. Also, the misconduct was undertaken by the Defendant Underwood under color of law, under the course and scope of his employment, was objectively unreasonable, with malice, and was undertaken intentionally with willful indifference to the Plaintiff's constitutional rights.

16.     Defendant Butler's acts were undertaken in violation of the Plaintiff's rights as guaranteed by the United States Constitution.   In addition, Defendant Underwood's acts were undertaken in violation of the Plaintiff's rights as guaranteed by the United States Constitution.

17.     As a direct and proximate result of Defendant Butler's and Underwood's acts, the Plaintiff was injured, suffered emotional anxiety, mental trauma, humiliation, fear, stress, pain and suffering, and other damages.

WHEREFORE, the Plaintiff, DENNIS DIXON, JR., prays for judgment in his favor and against the Defendants, CHICAGO POLICE OFFICER MICHAEL BUTLER #17923 and CHICAGO POLICE OFFICER COLLIS UNDERWOOD #4449, awarding compensatory damages, punitive damages, attorney fees, and costs against the Defendants, as well as any other relief this Court deems just and appropriate.

### Count II - Illinois State Law
### Indemnification – City of Chicago

18.     The Plaintiff realleges Paragraphs 1 through 17, inclusive, and incorporates those Paragraphs herein, as though fully stated as this Paragraph 18.

19.     At all relevant times Defendants Butler and Underwood were acting under color of law and under the course and scope of their employment.

20.     At all relevant times the CITY OF CHICAGO was the employer of Defendants Butler and Underwood.

WHEREFORE, the Plaintiff, DENNIS DIXON, JR., pursuant to 745 ILCS 10/9-102, demands judgment against Defendant, CITY OF CHICAGO, in the amounts awarded to the Plaintiff against the individual Defendants, and for whatever additional relief this Court deems just and appropriate.

## JURY DEMAND

The Plaintiff demands a trial by jury on all Counts.

Respectfully Submitted by,

s/Basileios J. Foutris
BASILEIOS J. FOUTRIS
Attorney for Plaintiff
FOUTRIS LAW OFFICE, LTD.
53 W. Jackson, Suite 252
Chicago, IL 60604
312-212-1200
bfoutris@foutrislaw.com

Basileios J. Foutris
FOUTRIS LAW OFFICE, LTD.
Attorney for Plaintiff DENNIS DIXON, JR.
53 West Jackson, Suite 252
Chicago, IL 60604
(312) 212-1200
bfoutris@foutrislaw.com